IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BELINDA SINGLETERRY, ET AL, | § | |
|     PLAINTIFFS, | § | |
| | § | |
| VS. | § | Civil Action No. 7:20-cv-00299 |
| | § | |
| SOUTHWEST VALLEY CONSTRUCTORS | § | |
| CO., | § | |
|     DEFENDANT. | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

Plaintiffs BELINDA SINGLETERRY, ET AL. and Defendant SOUTHWEST VALLEY CONSTRUCTORS Co. notify the Court in accordance with Local Rule 16.3 that the parties to this action reached an agreement to settle and compromise all matters before this Court. Counsel for the parties anticipate filing the stipulation of dismissal with the Court upon execution of the settlement papers.

Respectfully submitted,

By: _____
Samuel Reyes
State Bar No. 24062961
Email: samuel@attorneyreyes.com
2028 E. Griffin Parkway
Mission, Texas 78572
Tel: (956) 600-7868
Fax: (877) 390-1889
ATTORNEY IN CHARGE FOR PLAINTIFFS

By: /s/Susan Sullivan
_____

Daniel G. Gurwitz
Federal ID No. 16895
State Bar No. 00787608
Email: dgurwitz@atlashall.com
P. O. Box 3725
McAllen, Texas 78502
Tel: (956) 682-5501
Fax: (956) 686-6109
ATTORNEY IN CHARGE FOR DEFENDANT
SOUTHWEST VALLEY CONSTRUCTORS,
CO.

Of Counsel:
Susan Sullivan
Federal ID No. 13144
State Bar No. 11546700
Email: ssullivan@atlashall.com
ATLAS, HALL & RODRIGUEZ, LLP
P. O. Box 3725
McAllen, Texas 78502
Tel: (956) 682-5501
Fax: (956) 686-6109

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below, in compliance with the Federal Rules of Civil Procedure on this  8th  day of  June, 2022:

Samuel Reyes
LAW OFFICE OF SAMUEL REYES, PLLC
2028 E. Griffin Parkway
Mission, TX 78572
Tel. No. (956) 600-7868
Fax No. (877) 390-1889
Email: Samuel@AttorneyReyes.com

/s/Susan Sullivan
_____
Susan Sullivan

Joint Notice of Settlement  – Page 2